Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 856 | **DATE** | 3/7/2000 |
| **CASE TITLE** | Jay Robert Pritzker vs. Steven W. Weber | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Agreed Order of Dismissal. Enter Order of Dismissal With Prejudice.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | MAR 8 2000 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| WAH | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jay Robert Pritzker,<br>An Illinois Resident, | )<br>)<br>) Case No. CV 00C 0856<br>) |
| Plaintiff, | ) |
| v. | ) |
| Steven W. Weber,<br>A Pennsylvania Resident, | )<br>)<br>) |
| Defendant. | ) |

DOCKETED
MAR 8 - 2000

## AGREED ORDER

Pursuant to the Agreement between the parties as evidenced by the signatures of the parties below, it is hereby **AGREED** that this case is dismissed, with prejudice.

ENTERED this 7th day of March, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

Jay Robert Pritzker

Steven W. Weber
By his Attorney
Anthony J. Detridio ESQ.

3

## AGREEMENT

This Agreement is made and entered into this 25th day of February, 2000, by and between Jay Robert Pritzker ("Pritzker"), an individual residing within the State of Illinois, and Steven W. Weber ("Weber"), an individual residing within the Commonwealth of Pennsylvania.

WHEREAS, Weber is the owner of record of the Internet domain names www.pritzker.com and www.pritzkers.com; and

WHEREAS, Weber is the owner of record of the Trademark PRITZKER. The trademark was filed with the U.S. Patent and Trademark Office on June 3, 1999, and was accorded Registration Number 2,312,713. The trademark is registered in Class 41, which concerns education and entertainment services; and

WHEREAS, Pritzker has objected to Weber's use of the Internet domain names, www.pritzker.com and www.pritzkers.com, and of the trademark, PRITZKER, and has commenced the present action, Case No. CV 00C 0856, in The United States District Court For The Northern District of Illinois, Eastern Division; and

WHEREAS, the parties desire to settle all matters in controversy between them in order to avoid continued litigation.

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter set forth, and other valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

1. The Pritzker name, as a mark, has become famous and distinctive and well-known, and has been used in a variety of contexts, including, without limitation, philanthropic matters, civic- and community-oriented matters, educational matters, architectural matters and business matters.

2. Weber agrees to cease all use of the Internet domain names, www.pritzker.com and www.pritzkers.com, or any other Internet domain name which incorporates the name "Pritzker."

3. Weber agrees to assign the ownership of the Internet domain names, www.pritzker.com and www.pritzkers.com, to Pritzker, including any and all rights Weber may have in the aforesaid Internet domain names, and agrees to take all reasonable steps required to effect the orderly and prompt transfer thereof. In the event that Pritzker wishes to record the trademark transfer in the Assignment Division of the PTO, or to obtain a new certificate of registration in his name it shall be his responsibility to do so. Furthermore, the parties agree that:

    a.    Within 24 hours of the execution of this agreement by both parties, Pritzker shall initiate the name change process with NSI by completing and emailing the form at https://www.networksolutions.com/makechanges/rnca/service-agreement-5-1.txt (a copy of which is attached hereto as Exhibit A) to hostmaster@internic.net.

    b.    Immediately after this email is sent, Pritzker will receive a number from NSI known as the NIC tracking number. Pritzker will immediately notify Weber of the NIC tracking number, and Weber will notify NSI of his assent to transfer the domain names.

    c.    Weber will complete the RNCA form at https://www.networksolutions.com/makechanges/rnca/pdf/RNCA3_transfers.pdf (a copy of which is attached hereto as Exhibit B) and overnight it to Pritzker within 24 hours of his receipt of the NIC tracking number.

    d.    Pritzker will complete his portion of the RNCA form including his notarized signature if required, and will overnight the form to NSI, including the appropriate fees for the type of transfer and registration that he desires. In the alternative Pritzker may include notice to NSI to call him upon receipt of this document and provide charge card information to NSI.

    e.    The parties agree to extend best efforts to effectuate a prompt transfer of the names, and to perform all steps required by NSI that are in effect at that time this transfer takes place.

4.    Weber agrees to hereafter execute any additional documents that may reasonably be necessary and to otherwise cooperate with Pritzker in connection with any other Internet domain name which incorporates the name "Pritzker."

5. Weber agrees to cease all use of the trade name PRITZKER or any other name or mark which incorporates the trade name PRITZKER, and to exhaust or destroy all materials incorporating the trade name PRITZKER.

6. Weber agrees that it will not take any action which dilutes the distinctiveness of the trade name PRITZKER, nor will Weber adopt or use any terms, designations or marks which may cause a likelihood of confusion, mistake or deception with the trade name PRITZKER, including, without limitation, any PRITZKER marks.

7. Weber agrees to assign the ownership of the PRITZKER trademark to Pritzker, including any and all rights Weber may have in the name PRITZKER and any other name or mark incorporating the name PRITZKER, as well as any good will incident to such rights by executing the Assignment document, attached hereto as Exhibit C, simultaneously with the execution of this Agreement.

8. Weber agrees to hereafter execute any additional documents that may reasonably be necessary and to otherwise cooperate with Pritzker in connection with any use, recordation, clearance, protection, enforcement or registration of any name or mark which incorporates the trade name PRITZKER.

9. In consideration for Weber's actions set forth in this Agreement, Pritzker agrees to pay Weber Ten Thousand Dollars ($10,000.00) within ten (10) days of the execution of this Agreement.

10. Weber hereby releases and discharges Pritzker, his officers, representatives, agents and assigns from any and all manner of action and actions, cause and causes of action, suits, damages direct and consequential, judgments, executions, claims and demands whatsoever, which Weber has ever had, now has or may hereafter have for, upon or by reason of any matter, cause of thing whatsoever concerning the mark PRITZKER prior to the execution of this Agreement.

11. Pritzker hereby releases and discharges Weber, his officers, representatives, agents and assigns from any and all manner of action and actions, cause and causes of action, suits, damages direct and consequential, judgments, executions, claims and demands whatsoever, which Pritzker has ever had, now has or may hereafter have for, upon or by reason of any matter, cause of thing whatsoever concerning the mark PRITZKER prior to the execution of this Agreement.

12. Upon execution of this Agreement by the parties, Pritzker agrees to file a motion to dismiss, with prejudice, Civil Action No. 00C 0856. Pritzker shall not be prejudiced from refiling such action if Weber violates any terms of this Agreement.

13. This Agreement shall be binding upon and inure to the benefit of the heirs, successors and assigns of the parties and their related companies.

14. The parties agree to keep the terms of this Agreement confidential, and agree not to publicize any of the terms of the settlement, except where required by law or court order.

Jay Robert Pritzker

*/s/ J.B. Pritzker*

Date: 2/8/00

Steven W. Weber

*By his Attorney Anthony J. DeGridio ESQ*

Date: 2-25-2000

# Timothy Michael Morella

**From:** Timothy Michael Morella [morella@bnpglaw.com]
**Sent:** Tuesday, 29 February 2000 09 19
**To:** 'hostmaster@networksolutions.com'

\*\*\*\* Please DO NOT REMOVE Version Number or any of the information below when submitting this template to hostmaster@networksolutions.com <mailto:hostmaster@networksolutions.com>. \*\*\*\*

Domain Version Number: 5.1

\*\*\* Email completed agreement to hostmaster@networksolutions.com <mailto:hostmaster@networksolutions.com> \*\*\*

AGREEMENT TO BE BOUND. By applying for a Network Solutions' service(s) through our online application process or by applying for and registering a domain name as part of our e-mail template application process or by using the service(s) provided by Network Solutions under the Service Agreement, Version 5.0, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement and any pertinent rules or policies that are or may be published by Network Solutions.

Please find the Network Solutions Service Agreement located at the URL <http://www.networksolutions.com/legal/service-agreement.html>.

[ URL <ftp://www.networksolutions.com> ] [11/99]

Authorization

| | | |
|---|---|---|
| 0a. | (R)NCA: | R |
| 0b. | Auth Scheme: | |
| 0c. | Auth Info: | |
| 1. | Comments: | |
| 2. | Complete Domain Name: | pritzker.com |

Organization Using Domain Name

| | | |
|---|---|---|
| 3a. | Organization Name: | Jay Robert Pritzker |
| 3b. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 3c. | City: | Evanston |
| 3d. | State: | Illinois |
| 3e. | Postal Code: | 60201-5043 |
| 3f. | Country: | United States of America |

Administrative Contact

| | | |
|---|---|---|
| 4a. | NIC Handle (if known): | |
| 4b. | (I)ndividual (R)ole: | Individual |
| 4c. | Name (Last, First): | Morella, Timothy M. |
| 4d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 4e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 4f. | City: | Evanston |
| 4g. | State: | Illinois |
| 4h. | Postal Code: | 60201-5043 |
| 4i. | Country: | United States of America |
| 4j. | Phone Number: | 847 - 424 - 2525 |
| 4k. | Fax Number: | 847 - 424 - 8320 |
| 4l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

1

Technical Contact

| | | |
|---|---|---|
| 5a. | NIC Handle (if known): | |
| 5b. | (I)ndividual (R)ole: | Individual |
| 5c. | Name (Last, First): | Morella, Timothy M. |
| 5d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 5e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 5f. | City: | Evanston |
| 5g. | State: | Illinois |
| 5h. | Postal Code: | 60201-5043 |
| 5i. | Country: | United States of America |
| 5j. | Phone Number: | 847 - 424 - 2525 |
| 5k. | Fax Number: | 847 - 424 - 8320 |
| 5l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

Billing Contact

| | | |
|---|---|---|
| 6a. | NIC Handle (if known): | |
| 6b. | (I)ndividual (R)ole: | Individual |
| 6c. | Name (Last, First): | Morella, Timothy M. |
| 6d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 6e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 6f. | City: | Evanston |
| 6g. | State: | Illinois |
| 6h. | Postal Code: | 60201-5043 |
| 6i. | Country: | United States of America |
| 6j. | Phone Number: | 847 - 424 - 2525 |
| 6k. | Fax Number: | 847 - 424 - 8320 |
| 6l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

Prime Name Server

| | | |
|---|---|---|
| 7a. | Primary Server Hostname: | RELIABLE.NET |
| 7b. | Primary Server Netaddress: | 205.230.240.2 |

Secondary Name Server(s)

| | | |
|---|---|---|
| 8a. | Secondary Server Hostname: | NS1.EXOC.COM |
| 8b. | Secondary Server Netaddress: | 205.231.33.126 |

2

## Timothy Michael Morella

**From:** Timothy Michael Morella [morella@bnpglaw.com]
**Sent:** Tuesday, 29 February 2000 09 19
**To:** 'hostmaster@networksolutions.com'

**** Please DO NOT REMOVE Version Number or any of the information below when submitting this template to hostmaster@networksolutions.com <mailto:hostmaster@networksolutions.com>. ****

Domain Version Number: 5.1

*** Email completed agreement to hostmaster@networksolutions.com <mailto:hostmaster@networksolutions.com> ***

AGREEMENT TO BE BOUND. By applying for a Network Solutions' service(s) through our online application process or by applying for and registering a domain name as part of our e-mail template application process or by using the service(s) provided by Network Solutions under the Service Agreement, Version 5.0, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement and any pertinent rules or policies that are or may be published by Network Solutions.

Please find the Network Solutions Service Agreement located at the URL <http://www.networksolutions.com/legal/service-agreement.html>.

[ URL <ftp://www.networksolutions.com> ] [11/99]

Authorization

| | | |
|---|---|---|
| 0a. | (R)NCA: | R |
| 0b. | Auth Scheme: | |
| 0c. | Auth Info: | |
| 1. | Comments: | |
| 2. | Complete Domain Name: | pritzkers.com |

Organization Using Domain Name

| | | |
|---|---|---|
| 3a. | Organization Name: | Jay Robert Pritzker |
| 3b. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 3c. | City: | Evanston |
| 3d. | State: | Illinois |
| 3e. | Postal Code: | 60201-5043 |
| 3f. | Country: | United States of America |

Administrative Contact

| | | |
|---|---|---|
| 4a. | NIC Handle (if known): | |
| 4b. | (I)ndividual (R)ole: | Individual |
| 4c. | Name (Last, First): | Morella, Timothy M. |
| 4d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 4e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 4f. | City: | Evanston |
| 4g. | State: | Illinois |
| 4h. | Postal Code: | 60201-5043 |
| 4i. | Country: | United States of America |
| 4j. | Phone Number: | 847 - 424 - 2525 |
| 4k. | Fax Number: | 847 - 424 - 8320 |
| 4l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

1

Technical Contact

| | | |
|---|---|---|
| 5a. | NIC Handle (if known): | |
| 5b. | (I)ndividual (R)ole: | Individual |
| 5c. | Name (Last, First): | Morella, Timothy M. |
| 5d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 5e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 5f. | City: | Evanston |
| 5g. | State: | Illinois |
| 5h. | Postal Code: | 60201-5043 |
| 5i. | Country: | United States of America |
| 5j. | Phone Number: | 847 - 424 - 2525 |
| 5k. | Fax Number: | 847 - 424 - 8320 |
| 5l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

Billing Contact

| | | |
|---|---|---|
| 6a. | NIC Handle (if known): | |
| 6b. | (I)ndividual (R)ole: | Individual |
| 6c. | Name (Last, First): | Morella, Timothy M. |
| 6d. | Organization Name: | Baniak Nicholas Pine & Gannon |
| 6e. | Street Address: | 1603 Orrington Ave., Ste 2000 |
| 6f. | City: | Evanston |
| 6g. | State: | Illinois |
| 6h. | Postal Code: | 60201-5043 |
| 6i. | Country: | United States of America |
| 6j. | Phone Number: | 847 - 424 - 2525 |
| 6k. | Fax Number: | 847 - 424 - 8320 |
| 6l. | E-Mailbox: | morella@bnpglaw.com <mailto:morella@bnpglaw.com> |

Prime Name Server

| | | |
|---|---|---|
| 7a. | Primary Server Hostname: | RELIABLE.NET |
| 7b. | Primary Server Netaddress: | 205.230.240.2 |

Secondary Name Server(s)

| | | |
|---|---|---|
| 8a. | Secondary Server Hostname: | NS1.EXOC.COM |
| 8b. | Secondary Server Netaddress: | 205.231.33.126 |

|  | Send this Agreement via postal mail, courier or fax to:<br>Network Solutions, Inc.<br>505 Huntmar Park Drive<br>Herndon, VA 20170<br>Attn: Registrant Change Group<br>(703) 742-4777<br>(703) 742-6950 (fax) |
|---|---|
|  | **Registrant Name Change Agreement**<br>**Version 3.0 - Transfers** |

**General Information:**
*Once this form is complete, verify the information, read it, sign it and date it.
*An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form. For information about notarization, please refer to the RNCA FAQ.
*An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's signature.
*Make a copy of the Agreement for your records, then send it to Network Solutions at the address shown above.
*Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| Domain Name | One per Registrant Name Change Agreement<br>**PRITZKERS.COM** |
|---|---|
| Transfer the registration for the domain name from: | As per the WHOIS record (URL http://www.networksolutions.com/)<br>**Weber Net** |
| Current Registrant's Address: | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable<br>**P.O. Box 456 Souderton, PA 18964** |
| Current Registrant's type of Business | Please enter the Registrant's business type (e.g., Corporation, etc.)<br>**Sole Proprietorship** |
| Transfer the registration for the domain name to: | Enter the correct name of the new Registrant<br>JAY ROBERT PRITZKER |
| New Registrant's Address | Enter the correct address of the new Registrant<br>2888 SHERIDAN PLACE, EVANSTON, ILLINOIS 60201 |
| NIC Tracking Number | Enter the NIC tracking number from the new Registrant's Service Agreement email submission ("New Registrant's Application")<br>NIC-000229.8e0d |
| Terms and Conditions | The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.<br>WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");<br>WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;<br>WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties agree as follows:<br>1.Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network |

Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.

2. New Registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Domain Name Registration Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Domain Name Registration Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registrant also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.

3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant.

| Signature Block | Current Registrant must complete below: | New Registrant must complete below: |
|---|---|---|
| | Organization:<br>**Weber Net** | Organization:<br>Jay Robert Pritzker |
| | Signature:<br>*Steve Weber* | Signature:<br>*[signature]* |
| | Name:<br>**Steve Weber** | Name:<br>JAY ROBERT PRITZKER |
| | Title:<br>**Owner** | Title:<br>Individual |
| | Active e-mail address:<br>sss@webertec.com | Active e-mail address:<br>jb@newworldvc.com |
| | Phone number:<br>**(208) 293-5572** | Phone number:<br>847-328-0300 |
| | Date: 2/29/00 | Date: 3/1/00 |
| Notarization | A Notary Public or its foreign equivalent must certify the Current Registrant's signature.<br><br>County of: MONTGOMERY<br><br>State of: PENNA.<br><br>The foregoing instrument was signed before me by **Steve Weber** on this date.<br><br>Notary's name (printed): MARIE DAVIS<br><br>Notary's signature: *Marie Davis*<br><br>Date of Notarization: 2-29-2000<br><br>My commission expires: _____<br><br>Notarial Seal<br>Marie Davis, Notary Public<br>Souderton Boro, Montgomery Co., PA<br>My Commission Expires April 30, 2001 | |

**Please use your browser's "PRINT" button to print this form.**

\* Have your document signed by someone with the ability to legally bind your organization? For an organization,

this includes people with titles such as CEO, Owner and President.

* **Make sure the domain name registration is in a paid status?** If not, check the payment status now on our home page at www.networksolutions.com. From this page, click Registration Payment Options, then choose Secure Online Payment System. Enter your domain name and click OK.

* **Have the current registrant's signature witnessed by a Notary Public?** The signature dates for the current registrant and the Notary Public must match.

* **Get a NIC-tracking number for the new organization's registration?** If you haven't already done so, complete a new Service Agreement for the new organization's registration at
http://www.networksolutions.com/legal/service-agreement.html.

<u>Click here to continue</u>.

|  | Send this Agreement via postal mail, courier or fax to:<br>Network Solutions, Inc.<br>505 Huntmar Park Drive<br>Herndon, VA 20170<br>Attn: Registrant Change Group<br>(703) 742-4777<br>(703) 742-6950 (fax) |
|---|---|
|  | **Registrant Name Change Agreement**<br>**Version 3.0 - Transfers** |

**General Information:**
*Once this form is complete, verify the information, read it, sign it and date it.
*An individual that has the apparent authority to legally bind the current Registrant must sign this form in the presence of a Notary Public. The Notary Public is required to notarize this form. For information about notarization, please refer to the RNCA FAQ.
*An individual that has the apparent authority to legally bind the new Registrant must also sign this form. Notarization is not required for the new Registrant's signature.
*Make a copy of the Agreement for your records, then send it to Network Solutions at the address shown above.
*Or, if this domain name is the subject of litigation or a trademark dispute, send this Agreement to the attention of the Business Affairs Office at the address shown above.

| Domain Name | One per Registrant Name Change Agreement<br>**PRITZKER.COM** |
|---|---|
| Transfer the registration for the domain name from: | As per the WHOIS record (URL http://www.networksolutions.com/)<br>**WeberNet** |
| Current Registrant's Address: | Enter the Registrant's Street Address, City, State, Country and ZIP if applicable<br>**P.O. Box 456 Souderton, PA 18964** |
| Current Registrant's type of Business | Please enter the Registrant's business type (e.g., Corporation, etc.)<br>**Sole Proprietorship** |
| Transfer the registration for the domain name to: | Enter the correct name of the new Registrant<br>JAY ROBERT PRITZKER |
| New Registrant's Address | Enter the correct address of the new Registrant<br>2888 SHERIDAN PLACE, EVANSTON, ILLINOIS 60201 |
| NIC Tracking Number | Enter the NIC tracking number from the new Registrant's Service Agreement email submission ("New Registrant's Application")<br>NIC-000229.8df7 |
| Terms and Conditions | The Current Registrant and the New Registrant enter into this Registrant Name Change Agreement as of the date executed by the final party hereto.<br>WHEREAS the Registrant and Network Solutions, Inc. ("Network Solutions") have entered into a Service Agreement (the "Agreement") for the registration of the second-level domain name referenced in the block above headed Domain Name (the "Domain Name");<br>WHEREAS the New Registrant desires to register the Domain Name with Network Solutions and to that end has transmitted by electronic mail to Network Solutions a completed Service Agreement as application ("New Registrant's Application") for registration of the Domain Name;<br>WHEREFORE, in consideration of these premises, and for other good and valuable consideration the sufficiency of which is hereby acknowledged, the parties agree as follows:<br>1.Registrant's Relinquishment of the Domain Name: The Registrant hereby relinquishes its registration of the Domain Name and discharges Network Solutions from all obligations under the Agreement. The Registrant releases Network Solutions from all claims, liabilities or demands arising from the Agreement. The Registrant further acknowledges and agrees that it is not entitled to a refund of any fees it may have paid to Network Solutions. Nothing contained in this Registrant Name Change Agreement shall be construed as an assignment of the Registrant's rights under the Agreement. The Registrant hereby authorizes Network |

|  | Solutions to take all steps necessary to register the Domain Name to the New Registrant, including without limitation, disassociating the Domain Name from the host servers designated by the Registrant without further notice.<br>2. New Registrant's Registration of the Domain Name: The New Registrant acknowledges that it has reviewed and understands the terms, conditions, representations and warranties of Network Solutions' Domain Name Registration Agreement in effect as of the date of the New Registrant's Application. The New Registrant, by signing and sending this Registrant Name Change Agreement to Network Solutions, agrees to be bound by and to perform in accordance with the terms and conditions of Network Solutions' current Domain Name Registration Agreement, incorporated herein by reference, which includes Network Solutions' current Domain Name Dispute Policy. The New Registrant specifically agrees to pay Network Solutions a new registration fee upon receipt of Network Solutions' invoice. The New Registrant also reaffirms the accuracy and completeness of all of the information contained in the New Registrant's Application. To the extent the terms and conditions of Network Solutions' current Service Agreement conflict with the terms and conditions of this Registrant Name Change Agreement, the terms and conditions of this Registrant Name Change Agreement shall prevail.<br>3. Effective Date of the New Registrant's Registration of the Domain Name: The New Registrant's registration of the Domain Name shall be effective upon Network Solutions' transmission of an acknowledgement to the New Registrant that the Domain Name has been registered to the New Registrant. ||
|---|---|---|
| **Signature Block** | **Current Registrant must complete below:** | **New Registrant must complete below:** |
|  | Organization:<br>**WeberNet** | Organization:<br>Jay Robert Pritzker |
|  | Signature:<br>*Steven Weber* | Signature:<br>*[signature]* |
|  | Name:<br>**Steven Weber** | Name:<br>JAY ROBERT PRITZKER |
|  | Title:<br>**Individual** | Title:<br>Individual |
|  | Active e-mail address: | Active e-mail address: jb@newworldvc.co |
|  | Phone number:<br>**(208) 293-5572** | Phone number:<br>847-328-0300 |
|  | Date: 2/29/00 | Date: 3/1/00 |
| **Notarization** | A Notary Public or its foreign equivalent must certify the Current Registrant's signature.<br><br>County of: MONTGOMERY<br><br>State of: PENNA.<br><br>The foregoing instrument was signed before me by **Steven Weber** on this date.<br><br>Notary's name (printed): MARIE DAVIS<br><br>Notary's signature: *Marie Davis*<br><br>Date of Notarization: 2-29-2000<br><br>My commission expires: ||

Notarial Seal
Marie Davis, Notary Public
Montgomery Twp., Montgomery Co., PA
My Commission Expires April 30, 2001

Please use your browser's "PRINT" button to print this form.

* **Have your document signed by someone with the ability to legally bind your organization?** For an organization, this includes people with titles such as CEO, Owner and President.

* **Make sure the domain name registration is in a paid status?** If not, check the payment status now on our home page at www.networksolutions.com. From this page, click Registration Payment Options, then choose Secure Online Payment System. Enter your domain name and click OK.

* **Have the current registrant's signature witnessed by a Notary Public?** The signature dates for the current registrant and the Notary Public must match.

* **Get a NIC-tracking number for the new organization's registration?** If you haven't already done so, complete a new Service Agreement for the new organization's registration at http://www.networksolutions.com/legal/service-agreement.html.

<u>Click here to continue</u>.

## **TRADEMARK ASSIGNMENT**

WHEREAS, Steven W. Weber, a resident of the Commonwealth of Pennsylvania with a residential address of 444 East Summit Street, Souderton, Pennsylvania 18964 ("Assignor"), has adopted, owns and is using the Mark PRITZKER ("the Mark") in connection with the folliwng goods and/or services: In Class 41, concerning education and entertainment services; and

WHEREAS, Assignor owns a Federal Registration for the Mark on the Supplemental Register of the United States Patent and Trademark Office in connection with the goods and/or services identified therein, Registration No. 2,312,713, registered on June 3, 1999; and

WHEREAS, Jay Robert Pritzker, a resident of the State of Illinois, with a residential address of 2888 Sheridan Place, Evanston, Illinois 60201 ("Assignee"), desires to acquire the Mark and the above-referenced Registration;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby sells, assigns and transfers to Assignee all right, title and interest in the Mark, together with the goodwill of the business symbolized by the Mark, and the registration thereof.

Steven W. Weber

By: _A.S. DeGidio ESQ._ as attorney for Steve W[eber]

Dated: February 25, 2000

SUBSCRIBED AND SWORN TO before me this 25th day of February, 2000

_Kyle Silvers, Esq_
Notary Public

KYLE A. SILVERS, Esq.
Notary Public - State of Ohio
My Commission has no expiration.
Section 147.03 R.C.